# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER EVERETT, | Case No.: 2:19-cv-07124-CJC-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, a government entity; MARK SIMON, an Individual; LARRY RIZZO, an Individual; ABRAM TEJEDA, an Individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

    The Honorable Cormac J. Carney, District Court Judge granted Defendant's Motion to dismiss with prejudice Plaintiff's Complaint in its entirety on October 1, 2019.

    IT IS ORDERED AND ADJUDGED that the action be dismissed on the merits.

Dated: October 7, 2019

By: _____
**THE HONORABLE CORMAC J. CARNEY**
United States District Judge